# United States Court of Appeals
## For the First Circuit

No. 08-1029

UNITED STATES OF AMERICA,

Appellant,

v.

EARL DESSESAURE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on February 24, 2009, should be amended as follows:

On page 7, line 14: change "without prejudice" to "with prejudice"